MARGARET DEMPSEY, an Infant, by ANNIE DEMPSEY, Her Guardian ad Litem, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Dempsey* v. *City of New York*, 169 App. Div. 956, affirmed.

(Argued April 27, 1916; decided May 12, 1916.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. Plaintiff was injured by an automobile owned and operated by defendant. The sole point in the case is whether, under the pleadings, the plaintiff was compelled to prove the service of legally sufficient notices.

*Ralph G. Barclay* and *Robert Stewart* for appellant.

*Lamar Hardy*, Corporation Counsel (*Edward A. Freshman, Thomas F. Magner* and *George A. Green* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.